ACCEPTED
08-21-00005-CR
EIGHTH COURT OF APPEALS
EL PASO, TEXAS
10/29/2021 1:20 PM
ELIZABETH G. FLORES
CLERK

**BLIZZARD & ZIMMERMAN**
ATTORNEYS AND COUNSELORS AT LAW

October 29, 2021

FILED IN
8th COURT OF APPEALS
EL PASO, TEXAS
10/29/2021 2:20:45 PM
ELIZABETH G. FLORES
Clerk

**Certified Mail Receipt #: 7020 1290 0000 7642 7856**

Miguel Angel Fierro, # 02333441
C/O Tulia Unit
4000 TX-86
Tulia, TX 79088

Re:     *Miguel Angel Fierro vs. The State of Texas*; Appeal No. 08-21-00005-CR

Dear Mr. Fierro:

Enclosed please find a copy of the judgment and memorandum opinion of the Eighth Court of Appeals at El Paso dismissing your appeal.

You have options, including the right to file a petition for discretionary review ("PDR") with the Texas Court of Criminal Appeals under Rule 68 of the Texas Rules of Appellate Procedure. However, my appointment does not include filing a PDR. If you wish to file a PDR, you may hire an attorney to do so, or file it *pro se*, meaning on your own. You must file the PDR within 30 days of the date of the Court of Appeals judgment; therefore, your PDR is due **November 29, 2021**.

You may request within that 30-day window an extension to file the PDR, which is usually granted by the Court. Enclosed, you will also find a Motion for Extension that you can fill out and mail to the Texas Court of Criminal Appeals for that purpose.

Please recall my June 10, 2021 letter contained complete copies of both the Reporter's Record and the Clerk's Record in your case.

Again, please note that the Petition for Discretionary Review is due in the Court of Criminal Appeals 30 days from the date of the issuance of the opinion enclosed, i.e., **November 29, 2021**. Let me know if you have any questions.

Respectfully,

Dax Pueschel

Enclosures
/yc

Sarah Durham
Associate Attorney
SBOT: 24116309

441 Butternut - Abilene TX 79602   |   P: 325.676.1000  F: 325.455.8842
Jacob Blizzard - jacob.blizzard@blizzardlawfirm.com | Matt Zimmerman - matt.zimmerman@blizzardlawfirm.com
Dax Pueschel - dax@blizzardlawfirm.com | Sarah Durham - sarah@blizzardlawfirm.com
Morgan Walker - morgan@blizzardlawfirm.com | www.blizzardlawfirm.com



**BLIZZARD & ZIMMERMAN**
ATTORNEYS AND COUNSELORS AT LAW

441 BUTTERNUT
ABILENE, TX 79602

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

**CERTIFIED MAIL**®



7020 1290 0000 7642 7856





$007.08⁰
02 1P
0002044312    OCT  29 2021
MAILED FROM ZIP CODE 79602

Miguel Angel Fierro, # 02333441
C/O Tulia Unit
4000 TX-86
Tulia, TX 79088

LEGAL MAIL

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

| Certified Mail Fee | |
|---|---|
| $ 6.35 | |

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)          $ _____
☐ Return Receipt (electronic)         $ _____
☐ Certified Mail Restricted Delivery  $ _____
☐ Adult Signature Required            $ _____
☐ Adult Signature Restricted Delivery $ _____

Postmark
Here

Postage
$ .73

Total Postage and Fees
$ 7.08

Sent To Miguel Fierro Tulia Unit

Street and Apt. No., or PO Box No. 4000 - TX - 86

City, State, ZIP+4 Tulia TX 79

PS Form 3800, April 2015 PSN 7530-02-000-9047     See Reverse for Instructions

7020 1290 0000 7642 7856

**SENDER: COMPLETE THIS SECTION**

- ■ Complete items 1, 2, and 3.
- ■ Print your name and address on the reverse so that we can return the card to you.
- ■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Miguel Angel Fierro #02333441
c/o Tulia Unit
4000 TX-86
Tulia, TX 79088

|||||||||| *barcode* ||||||||||

9590 9402 7000 1225 2110 56

2. Article Number *(Transfer from service label)*

7020 1290 0000 7642 7856

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X

☐ Agent
☐ Addressee

B. Received by *(Printed Name)*          C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:   ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ ____ Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053

Domestic Return Receipt

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Jacob Blizzard on behalf of Dax Pueschel
Bar No. 24108908
Jacob.Blizzard@blizzardlawfirm.com
Envelope ID: 58678891
Status as of 10/29/2021 2:49 PM MST

Associated Case Party: MiguelAngelFierro

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Dax Pueschel | | dax@blizzardlawfirm.com | 10/29/2021 1:20:45 PM | SENT |
| Sarah Durham | | sarah@blizzardlawfirm.com | 10/29/2021 1:20:45 PM | SENT |
| Yazmin Flores | | yazmin@blizzardlawfirm.com | 10/29/2021 1:20:45 PM | SENT |
| Morgan Walker | | morgan@blizzardlawfirm.com | 10/29/2021 1:20:45 PM | SENT |

Associated Case Party: The State of Texas

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Britt Lindsey | | lindseyb@taylorcountytexas.org | 10/29/2021 1:20:45 PM | SENT |